COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

DAVID OROZCO, § No. 08-19-00064-CR

Appellant, § Appeal from the

v. § 34th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20180D00991)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 16, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo Solis, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 16, 2019.

IT IS SO ORDERED this 7th day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.